IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EDUARDO ANDRE ELY,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-03990

Judge Jorge L. Alonso

Magistrate Judge Jeffrey Cole

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | youliyoumian |
| 2 | DangHongBuRang |
| 5 | BLAUUU |
| 6 | Gfirefiy |
| 7 | TTPALACE |
| 9 | AMELA |
| 10 | POD MENS |
| 12 | clothinshop |
| 15 | BABE TWO |
| 17 | whqhus |
| 19 | AKQWA |
| 22 | V Trend Clothing |
| 23 | Zsquare |
| 25 | MLord Men |
| 27 | A Haifs men clothing |
| 28 | Oubo MD |
| 29 | HOOCCC |
| 30 | UrbansVogue |
| 31 | Zephyr Trend |
| 33 | TTTCASE |

| | |
|---|---|
| 34 | Mona D Clothing |
| 35 | MEET Fashion Shop |
| 37 | Standardsized charming womens clothing |
| 40 | FASHION DAYS |
| 43 | WUZHIPEI |
| 44 | XinDongZheng |
| 46 | ZhuZhong |
| 48 | Huajin Clothing |
| 49 | Fabric Dreams |
| 52 | L U C K |
| 58 | SNOmall |
| 60 | E I G H T |
| 67 | FDC Style |
| 70 | Pix Art |
| 71 | SuTra |
| 73 | Alpha Male TShirts |
| 74 | New Dapper Dude |
| 75 | Lovetee |
| 77 | Casual Crew Tees |
| 78 | Closet Wonderland |
| 80 | Qyongkai |
| 81 | Classic Patriot |
| 82 | S I X |
| 83 | THTEE |
| 86 | man seven |
| 88 | CHS Online |
| 90 | JUSTHIS |
| 91 | TEEBUS |
| 92 | Giant mens Shop |
| 93 | DarrenTee |
| 94 | LOVmall |
| 95 | QLMY Accessory |
| 96 | Suave Stylistics |
| 104 | CCCFA |
| 105 | fashionable Garment Shop |
| 109 | HYUGTHJF |
| 110 | TEEEmall |
| 114 | NANHH |
| 117 | CUSTOMTRENDING |
| 121 | Caathe Clothing |
| 124 | OEQC |
| 128 | HAOZITshirt |
| 130 | SylvanStyles |

| | |
|---|---|
| 131 | Immediately Fashion |
| 132 | Choose what you love umi |
| 133 | Yimuf |
| 134 | Desu Cowan |
| 135 | MI CHEN fast |
| 137 | FCCCSHOP |
| 140 | Tremdy |
| 141 | Strength Courage |
| 142 | MIAAIM |
| 143 | Bright Justice |
| 144 | Wardrobe Wonders |
| 146 | Tomorrow Courage |
| 147 | Eiiwaa |
| 148 | Stylish Gentlemen |
| 149 | King Male |
| 152 | ONETWOOO |
| 154 | TarotTee |
| 156 | Superior Beauty Local local |
| 159 | AAPHGBFE |
| 161 | ROBUSTT |
| 164 | Linda Trendy clothings |
| 167 | BKTEES |
| 168 | Happy leisure time B |

DATED: May 29, 2025                                Respectfully submitted,

> /s/ Keith A. Vogt
> Keith A. Vogt (Bar No. 6207971)
> Keith Vogt, Ltd.
> 33 W. Jackson Blvd., #2W
> Chicago, Illinois 60604
> Telephone: 312-971-6752
> E-mail: keith@vogtip.com
>
> ***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 29, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                    */s/ Keith A. Vogt*
                                                    Keith A. Vogt