**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**


EDUARDO ANDRE ELY,

    Plaintiff,                              Case No.: 1:25-cv-03990

v.                                       Judge Jorge L. Alonso

THE PARTNERSHIPS AND UNINCORPORATED        Magistrate Judge Jeffrey Cole
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.


**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|---|---|
| 20 | Patternista |
| 21 | Achooouya |
| 26 | StyleSprout |
| 45 | strunggle tenaciously |
| 47 | CXSTUDIIIO |
| 56 | Jiuwu X |
| 57 | DreamBit |
| 72 | CX WEAR |
| 76 | ElysiumTee |
| 84 | Elizabeth Preferred |
| 98 | ARMOR OF LOVE |
| 100 | Roseelandd |
| 102 | dadamaila |
| 106 | YQtmshopsi |
| 107 | YQtmshopel |
| 111 | PrintChill |
| 119 | Boutique Fashion Shop |
| 123 | Wholesale Clothing XS |
| 138 | SIWU Z |

| 139 | MFit |
|-----|------|
| 151 | UniqueManTees |
| 158 | Dapper Dashing |
| 162 | ArtfulAttire |
| 165 | RGBDIY TOP SHIRT |

DATED:  June 3, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 3, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt